FILED
DEC - 7 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DONALD EUGENE FIELDS II and<br>THEODORE JOHN SARTORI SR.,<br><br>  Defendants. | 4:22CR690 MTS/PLC |

## GOVERNMENT'S ENTRY OF APPEARANCE

COMES Now the United States of America, by and through its attorneys the United States Attorney for the Eastern District of Missouri, and Dianna R. Collins, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Dianna R. Collins*
DIANNA R. COLLINS, #59641MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200