

FILED
DEC - 7 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>DONALD EUGENE FIELDS II and<br>THEODORE JOHN SARTORI SR.,<br><br>Defendants. | 4:22CR690 MTS/PLC |

## ORDER

It appearing to the Court that the following defendants, to wit,

**DONALD EUGENE FIELDS II and**

**THEODORE JOHN SARTORI SR.,**

have been indicted by the grand jury, and that the defendants have not yet been taken into custody, nor have the defendants yet given bail for the defendants' appearances to answer said indictment, it is by the Court ordered that said indictment shall be sealed and suppressed by the Clerk of the Court until said defendants are in custody, have given bail for the defendants' final appearance or, in accordance with local practice, the United States Attorney's Office has notified the Clerk's Office that there is no longer a reason to seal said indictment.

_____
UNITED STATES DISTRICT JUDGE

Dated this 7th day of December 2022.