# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| DONALD EUGENE FIELDS II, and | ) | |
| THEODORE JOHN SARTORI, SR., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Eastern District of Missouri between the parties named above. The property whose title is at issue in that action is located at 918 W. Fitzgerald Avenue, Gerald, Missouri 63037, being further described as:

    (a) PT NW 1/4 OF SW 1/4 S OF HWY 50

with all appurtenances, improvements and fixtures thereon.

The action, which is criminal action against defendants Donald Eugene Fields II and Theodore John Sartori, Sr., seeks that any right, title, and interest in the property at issue be condemned and forfeited to the United States of America and as such is an action affecting the title to said property.

For further information concerning this proceeding, reference may be had to the records of the Clerk of the United States District Court for the Eastern District of Missouri, Eastern Division, St. Louis, Missouri.

Dated: December 8, 2022

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Jonathan A. Clow*
JONATHAN A. CLOW, #68003(MO)
Assistant United States Attorney
111 South 10th Street, Suite 20.333
Saint Louis, Missouri 63102
Telephone: (314) 539-2200
Facsimile:    (314) 539-2777
Jonathan.Clow@usdoj.gov