UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　No. S1-4:22-CR-690 MTS
　　　　　　v.　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
DONALD EUGENE FIELDS, II,　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　　　)

**STATEMENT OF THE GOVERNMENT REGARDING PRESENTENCE REPORT**

Comes now the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Dianna R. Edwards, an Assistant United States Attorney for said District, and for the Government's response to the Presentence Report, states as follows:

The United States has no objection to the Presentence Report as submitted to the parties. The United States acknowledges defendant's objection to the five-level enhancement under USSG §4B1.5(b)(1) as reflected in PSR Paragraph 27 and the supporting facts in PSR Paragraphs 8-9. The United States agrees with defendant that 1) this enhancement was not applied in the co-defendant's PSR and 2) this enhancement was debated between the parties and ultimately not included in the plea agreement as conduct the defendant admits.  The United States understands that any admission of the facts represented in paragraphs 8-9 by the defendant may result in review of new charges by state prosecutors.  However, facts are facts and the presentence report is accurate.  The United States can prove the facts in paragraphs 8-9 by a preponderance of the evidence standard at the Sentencing Hearing with agent testimony.

Even though the United States stands ready to present agent testimony at the Sentencing Hearing to support the presentence report, the United States stands by its agreement in the plea agreement.   The United States will ask this Court for 168 months, a sentence within the guideline range as calculated within the plea agreement.

Respectfully submitted,

THOMAS C. ALBUS,
United States Attorney

/s/ *Dianna R. Edwards*
DIANNA R. EDWARDS, #59641MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the defendant's counsel of record.

/s/ *Dianna R. Edwards*
Dianna R. Edwards, #59641 MO
Assistant United States Attorney